UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

Hart, et al,

                          Plaintiffs,

-vs-                                              1:20-CV-475 (MAD/DJS)

Town of Guilderland, et al

                          Defendants.
_____

☒ I hereby waive the judge's disqualification and approve of Judge D'Agostino's continued participation in this proceeding.

☐ I hereby prefer that Judge D'Agostino recuse herself from this proceeding.

Signed:

/s/ Robert S. Rosborough IV                       May 8, 2020
_____        _____
As Attorney for  Defendants Pyramid Management    Date
                               Group, LLC, Rapp Road Development,
                               LLC, and Crossgates Releaseco, LLC

Robert S. Rosborough IV
_____
Print Name

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

Hart, et al,

                    Plaintiffs,

-vs-                                                1:20-CV-475 (MAD/DJS)

Town of Guilderland, et al

                    Defendants.
_____

☒ I hereby waive the judge's disqualification and approve of Judge D'Agostino's continued participation in this proceeding.

☐ I hereby prefer that Judge D'Agostino recuse herself from this proceeding.


Signed: _____                     5/7/20
As Attorney for Plaintiffs                                 Date

James Bacon
Print Name

# TOWN OF GUILDERLAND

Office of the Town Attorney
Town Hall, Route 20
P.O. Box 339
Guilderland, NY 12084-0339
Phone: (518) 356-1980
Fax: (518) 357-2859

**PETER G. BARBER**
**SUPERVISOR**

**JAMES P. MELITA**
**SECRETARY**

May 12, 2020

Via email only: mcallist@nynd.uscourts.gov

Daniel R. McAllister, Chief Deputy
U.S. District Court
Northern District of New York
James M. Henley Federal Buildings
P.O. Box 7367, 100 S. Clinton Street
Syracuse, NY 13261-7367

      Re:    Hart et al v. Town of Guilderland et al
               1:20-CV-475 (MAD/DJS)

Dear Mr. McAllister:

      Attached please find defendants Town of Guilderland, Planning Board, and Zoning Board of Appeals' signed form waiving the judge's disqualification and approving of Judge D'Agostino's continued participation in this proceeding.

      Thank you.

Very truly yours,

James P. Melita
Town Attorney

Attached (waiver form)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Hart, et al,

                Plaintiffs,

-vs-                                  1:20-CV-475 (MAD/DJS)

Town of Guilderland, et al

                Defendants.

☑ I hereby waive the judge's disqualification and approve of Judge D'Agostino's continued participation in this proceeding.

☐ I hereby prefer that Judge D'Agostino recuse herself from this proceeding.

Signed: [signature]

Date: 5/12/20

As Attorney for defendants Town of Guilderland, Planning Board, Zoning Board

James P. Melita

Print Name