### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**THOMAS HART, LISA HART, KEVIN
MCDONALD, SARAH MCDONALD,
1667 WESTERN AVENUE, LLC, RED-KAP
SALES, INC.,**

|                              |  **Plaintiffs,** |

|        **vs.**               |  **1:20-CV-475**
|                              |  **(MAD/DJS)**

**TOWN OF GUILDERLAND, PLANNING
BOARD OF GUILDERLAND, ZONING BOARD
OF APPEALS OF GUILDERLAND, PYRAMID
MANAGEMENT GROUP, LLC, RAPP ROAD
DEVELOPMENT, LLC, CROSSGATES
RELEASECO, LLC,**

|                              |  **Defendants.** |

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss (Dkt. No. 29) is **GRANTED**; and the Court further **ORDERS** that the Corporate Defendants' request for attorney's fees is **DENIED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 5th day of August, 2020.

DATED: August 5, 2020

_Clerk of Court_

s/Britney Norton
_____
Britney Norton
Deputy Clerk